Tyler B. Ayres, Bar No. 9200
12339 S. 800 E. Ste. 101
Draper UT 84020
(801) 255-5555 Phone
(801) 255-5588 Fax
Tyler@AyresLawFirm.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARLON JONES,<br><br>            Plaintiff,<br>vs.<br><br>JAMES WOODS, et al.,<br><br>            Defendants. | PLAINTIFF'S NOTICE PURSUANT TO RULE 5.1<br><br>Civil No.: 2:15-cv-00278<br><br>Magistrate Judge Brooke C. Wells |

The Plaintiff's Complaint raises the constitutionality of Utah Code § 58-37f-301. The question presented is:

> Whether the Utah Legislature intended access by law enforcement officials to the Controlled Substance Database be limited to inquiries supported by probable cause and reasonable suspicion as required by due process?

Plaintiff has served a copy of this Notice by certified mail to the Utah State Attorney General with a copy of the Plaintiff's complaint and this certification at the following address:

Sean D. Reyes
Office of the Attorney General
Utah State Capitol Complex
350 North State Street Suite 230
SLC UT 84114-2320

This address was obtained from the website maintained by the Utah Department of Justice.

Dated this 29th day of October, 2015

/s/  Tyler Ayres
Tyler Ayres (Attorney for Plaintiff)