# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Louise S. York**
Chief Deputy Clerk

October 30, 2015

SEAN REYES
UTAH ATTORNEY GENERAL
236 STATE CAPITOL BLDG.
SALT LAKE CITY, UT 84114

___

RE:    Marlon Jones vs. James Woods et al -- 2:15-cv-00278-TS
        NOTICE OF CLAIM OF UNCONSTITUTIONALITY OF
        TITLE 58, CHAPTER 37f, SECTION 301

Dear Mr. Reyes:

Pursuant to 28 USC § 2403 and DUCivR 24-1 of this Court, a Notice of Claim of
Unconstitutionality is forwarded to you.

Enclosed are:

        DU 02a - Notice of Claim (Certified Copy)
        Certified Copy of Plaintiff's Notification of Claim of Unconstitutionality

Sincerely,

D. Mark Jones, Clerk

By: *Becky Harris*
Becky Harris

Certified Mail Receipt No.: 7003 1680 0002 1682 2406

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Marlon Jones<br><br>Plaintiff(s),<br><br>vs.<br><br><br>James Woods et al<br><br>Defendant(s). | NOTICE OF CLAIM OF UNCONSTITUTIONALITY OF TITLE 58, CHAPTER 37f, SECTION 301:<br><br><br><br>2:15-cv-00278-TS |

**TO THE ATTORNEY GENERAL OF THE STATE OF UTAH:**

**PLEASE TAKE NOTICE** that the United States District Court for the District of Utah hereby certifies to the Attorney General of the State of Utah that the constitutionality of an Act of the Utah State Legislature, Title 58, Chapter 37f, Section 301, Utah Code Annotated; may be drawn into question in the case of Marlon Jones vs. James Woods et al, Case No. 2:15-cv-00278-TS, to which the State of Utah nor any agency thereof, nor any officer or employee thereof, as such officer or employee, is a party.

**DATED** this day of October 30, 2015.

D. Mark Jones, Clerk

By: *Becky Harris*
Becky Harris