## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sean Reyes
    Utah Atty General
    236 State Capitol Bldg.
    Salt Lake City, UT
    84114

2. Article Number (Copy from service label)

    7003 1680 0002 1682 2406

PS Form 3811, July 1999 — Domestic Return Receipt — 102595-00-M-0952

## COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly): Received
B. Date of Delivery: NOV 09 2015
C. Signature: X
   State Mail & Distribution Svcs
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

---

## U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: 10/30

Sent To: 2:15CV278
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

Article number: 7003 1680 0002 1682 2406

PS Form 3800, June 2002 — See Reverse for Instructions